**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIRK AND ALLISON HERBSTREIT | : | |
| | :. | |
| Plaintiff, | : | |
| | : | Case No. 2:09-cv-216 |
| v. | : | |
| | : | Judge Holschuh |
| UNITED STATES OF AMERICA | : | Magistrate Judge King |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs Kirk and Allison Herbstreit and Defendant United States, all by undersigned counsel, stipulate to the dismissal of the above-captioned case **without prejudice**, with all parties to bear their own costs.

AGREED.

| PLAINTIFFS: | DEFENDANT: |
|---|---|
| KIRK AND ALLISON HERBSTREIT | UNITED STATES OF AMERICA |
| | |
| By:  /s/ Terrence A. Grady | By:  /s/ Stephen T. Lyons |
|   Terrence A. Grady (0020845) |   Stephen T. Lyons |
|   Terrence A. Grady & Associates |   Senior Trial Attorney, Tax Division |
|   100 East Broad Street, Suite 2310 |   U.S. Department of Justice |
|   Columbus, OH  43215 |   Post Office Box 55 |
|   Phone: (614) 849-0378 |   Washington, D.C. 20044 |
|   Facsimile: (614) 49-0379 |   Telephone: (202) 307-6546 |
|   Email: tgrady@tgradylaw.com |   Email: stephen.t.lyons@usdoj.gov |

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Date: _____       _____
                                                                        Judge Holschuh