IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIRK AND ALLISON HERBSTREIT | : |
| Plaintiff, | : |
| | : Case No. 2:09-cv-216 |
| v. | : |
| | : Judge Holschuh |
| UNITED STATES OF AMERICA | : Magistrate Judge King |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs Kirk and Allison Herbstreit and Defendant United States, all by undersigned counsel, stipulate to the dismissal of the above-captioned case **without prejudice**, with all parties to bear their own costs.

AGREED.

PLAINTIFFS:
KIRK AND ALLISON HERBSTREIT

By: /s/ Terrence A. Grady
Terrence A. Grady (0020845)
Terrence A. Grady & Associates
100 East Broad Street, Suite 2310
Columbus, OH 43215
Phone: (614) 849-0378
Facsimile: (614) 49-0379
Email: tgrady@tgradylaw.com

DEFENDANT:
UNITED STATES OF AMERICA

By: /s/ Stephen T. Lyons
Stephen T. Lyons
Senior Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 307-6546
Email: stephen.t.lyons@usdoj.gov

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Date: 7-15-09

_John D. Holschuh_
Judge Holschuh